UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KURT RADEMACHER											PLAINTIFF

VERSUS						CIVIL ACTION NO. 3:19CV157-TSL-RPM

UNITED STATES OF AMERICA et al							DEFENDANTS

### ORDER ADMINISTRATIVELY CLOSING CASE

This matter is before the Court *sua sponte*. The undersigned conducted ongoing settlement negotiations with the parties, which ultimately resulted in a settlement. However, the settlement is subject to chancery court approval. Because there appears no reason at this time to maintain the file as open for statistical purposes, the case will be administratively closed. Nothing contained in this Order shall be considered a dismissal or disposition of this matter. The Court retains jurisdiction over the cause of action such that should further proceedings become necessary or desirable, any party may move to reopen the case. Once chancery court approval of the settlement has been obtained and the settlement otherwise consummated, the parties are directed to file a motion to re-open the case so that a final judgment of dismissal with prejudice may be entered by the Court.

IT IS THEREFORE ORDERED that this case is hereby administratively closed for statistical purposes.

SO ORDERED AND ADJUDGED, this the 7th day of February 2022.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE