IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KURT RADEMACHER, as Executor of the
Estates of Michael McConnell Perry and
Kimberly Westerfield Perry; and ROBERT
ANDREW PERRY, as Next Friend and Guardian
of S.M.P., J.W.P., and A.R.P., the Minor Natural
Children and Wrongful Death Beneficiaries of
Michael McConnell Perry and Kimberly
Westerfield Perry                                        PLAINTIFFS

vs.                              CIVIL ACTION NO. 3:19cv157-TSL-RPM

UNITED STATES OF AMERICA;
JOHN DOES 1-5                                          DEFENDANTS

**STIPULATION OF DISMISSAL AND PROPOSED ORDER**

THE undersigned parties to this action hereby stipulate to the voluntary dismissal of this action under Fed. R. Civ. P. 41(1)(A)(ii) with prejudice. Each party is to bear their own respective costs and attorney fees.

SO STIPULATED:

*/s/ Benjamin M. Watson*
Benjamin M. Watson (MB #100078)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Post Office Box 6010 (39158)
Tel: (601) 948-4420
Fax: (601) 985-4500
ben.watson@butlersnow.com

COUNSEL FOR PLAINTIFFS

65462887.v1

/s/ Ashley Dempsey
Ashley Dempsey (CA Bar No. 198791)
Trial Attorney
Department of Justice – Civil Division
Post Office Box 14271
Washington, D.C. 20044-4271
Tel: (202) 616-4024
Ashley.dempsey@usdoj.gov

COUNSEL FOR DEFENDANTS

## ORDER

Based upon the foregoing Stipulation signed by all parties that have appeared, IT IS, THEREFORE ORDERED, Plaintiffs' Complaint is dismissed with prejudice as contemplated by Fed. R. Civ. P. 41(a)(1)(ii) with the parties to bear their respective costs and including attorney fees.

SO ORDERED this the 7th day of September, 2022.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE

65462887.v1